UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| MULTI FRUIT USA INC., | : | 26-cv-4860 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| EVERGREEN MARINE CORP., et al., | : | |
| Defendants. | | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. There will be a mid-discovery status conference on October 15, 2026, at 2:30 p.m.; and

2. The last day for completion of all discovery is December 18, 2026.

Dated: New York, New York
August 20, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.