UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| MULTI FRUIT USA INC., | : | 26-cv-4860 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -v- | | |
| | : | |
| EVERGREEN MARINE CORP., et al., | | |
| | : | |
| Defendants. | | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

1. The last day for completion of fact and expert discovery remains at December 18, 2026; and

2. There will be a status conference on December 18, 2026, 2:00 p.m.

Dated: New York, New York
October 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.